■ In the Matter of CHARLES DANIELS, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [809 NYS2d 475]—Appeal from a judgment of the Supreme Court (Clemente, J.), entered September 8, 2004 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondents denying petitioner's request to participate in a temporary work release program.

Petitioner commenced this CPLR article 78 proceeding challenging a December 2003 determination denying his request to participate in a temporary release program. Inasmuch as petitioner reapplied for the temporary release program and, in October 2005, again was denied participation, this appeal must be dismissed as moot (*see Matter of Fagairo v Joy*, 18 AD3d 926, 927 [2005], *lv denied* 5 NY3d 709 [2005]; *Matter of Wallman v Joy*, 301 AD2d 931 [2003]).

Cardona, P.J., Crew III, Carpinello, Mugglin and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.